UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MARCOS LOPEZ LOPEZ,  Defendant. | Criminal No. 12-21-ART-HAI  **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Marcos Lopez Lopez filed a motion to suppress certain evidence in his case. R. 16. Magistrate Judge Ingram set a special briefing schedule on the issue, R. 20, and the parties filed their respective briefs, R. 22; R. 27; R. 31. Magistrate Judge Ingram then filed a Report and Recommendation that the Court deny the motion to suppress because it fails to make either preliminary showing required by *Franks v. Delaware*, 438 U.S. 154 (1978). R. 36 at 17. Neither the Defendant nor the United States have filed any objections to the R&R, and the time for filing any objections has expired. *See* Fed. R. Crim. P. 59(b)(1).

Accordingly, it is **ORDERED** that the R&R, R. 36, is **ADOPTED** as the opinion of the Court. The Defendant's motion to suppress, R. 16, is **DENIED**.

This the 12th day of October, 2012.



Signed By:
*Amul R. Thapar*
United States District Judge